# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2014

### NO. 03-13-00597-CV

**Lee Hoffpauir, Inc., Appellant**

**v.**

**Kenneth Kretz and Elayne Kretz, Appellees**

**APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on August 5, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and remands the case to the district court for further proceedings. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.